| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Korompis (#268174)<br>nancy@korompislaw.com<br>KOROMPIS LAW OFFICES<br>P.O. Box 60011<br>Pasadena, CA 91116<br>Tel: (626) 938-9200<br>Fax: (877) 552-9252<br><br>☐ Debtor appearing without an attorney<br>☒ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>JAMES JUSTIN RHODES,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-25230-VZ<br>CHAPTER: 11<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>(with supporting declaration)<br>[FRBP 1007(c), LBR 1007-1(b)] |
|---|---|

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

   ☒ One or more schedules (A/B – J)    ☐ Chapter 13 Plan    ☒ Statement of Financial Affairs
   ☒ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
   ☒ Debtor's Certification of Employment Income
   ☐ Other (*specify*): 

*Note*: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed: 12/14/2017
3. Date of § 341(a) meeting of creditors: _____ (Date of Initial debtor interview is 01/09/2018)
4. Debtor requests extension to and including (extension deadline) (*date*): 01/05/2018

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                            Page 1                                F 1007-1.MOTION.DEC.EXTEND

5. Declaration regarding the reason(s) for extension (*explain*):

I, James J. Rhodes, declare as follows:

    1. I am the debtor and debtor in possession in the above-captioned chapter 11 case. I have personal knowledge of the facts stated in this declaration, and if called to testify, could and would, without waiver of any applicable privilege, testify that the facts stated in this declaration are true and correct to the best of my knowledge and information.

    2. On December 18, 2017, I suffered a medical emergency and was taken to the local hospital where I spent the first night in the ICU and the second night in another unit. On December 20, I was discharged.

    3. At the time of my emergency, I was still collecting and preparing the information required for my attorney to complete the seven-day package, schedules, statement of financial affairs, and other case opening documents. As of the date of my executing this declaration, none of those documents have been completed as there is still more information that I must collect and then provide to my attorney.

    4. I am informed that my attorney has left a message with analyst for the Office of the United States Trustee to request a brief extension of the deadline for us to submit my seven-day package. I intend to have the seven-day package completed and submitted within the next week.

    5. As I still need to work on the seven-day package and with the holidays coming up, I do not believe that I can provide my attorney with the required information to complete my schedules, statement of financial affairs, and other case opening documents before the December 28, 2017, deadline.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/21/2017 | | | |
|---|---|---|---|
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 2    F 1007-1.MOTION.DEC.EXTEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

PO Box 60011, Pasadena, CA 91116

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS (WITH SUPPORTING DECLARATION) [FRBP 1007(c), LBR 1007-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/21/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA)　　　　　　ustpregion16.la.ecf@usdoj.gov
Attorney for United States Trustee　　　Kelly L. Morrison, kelly.l.morrison@usdoj.gov
Attorney for Debtor　　　　　　　　　Nancy Korompis, nancy@korompislaw.com, info@korompislaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 12/21/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**See attached**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/21/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**BY OVERNIGHT MAIL**
The Honorable Vincent P. Zurzolo
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Suite 1360
Los Angeles, California 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/21/2017 | Cecilia Sanchez | /s/Cecilia Sanchez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**

## 2. SERVED BY UNITED STATES MAIL (CONT'D):

| | | |
|---|---|---|
| Ally Bank<br>6985 Union Park Center Suite 435<br>Midvale, UT 84047 | Anthem Blue Cross<br>PO Box 9041<br>Oxnard, CA 93031 | Aspire<br>PO Box 790405<br>Saint Louis, MO 63179 |
| Automobile Club of Southern Calif<br>PO Box 25406<br>Santa Ana, CA 92799 | Bank of America<br>29125 Solon Road<br>Solon, OH 44139 | Bank of America Home Loans<br>PO Box 31785<br>Tampa, FL 33631-3785 |
| Barrett Daffin Frappier Treder<br>4004 Belt Line Road #100<br>Addison, TX 75001-4320 | Baylor<br>General Revenue Corporation<br>4660 Cuke Drive Suite 300<br>Mason, OH 45040 | California American Water<br>655 W Broadway #1410<br>San Diego, CA 92101 |
| Chase Bank<br>300 S Grand Avenue 4th Floor<br>Los Angeles, CA 90071 | Clear Recon Corp<br>4375 Jutland Drive #200<br>San Diego, CA 92117 | Cleveland Clinic<br>First Credit Inc<br>PO Box 630838<br>Cincinnati, OH 45263 |
| Crowell Family Trust<br>Andrew Crowell as Trustee<br>c/o DA Davidson & Co<br>624 S Grand Avenue 24th Floor<br>Los Angeles, CA 90017 | Delta Dental<br>PO Box 660138<br>Dallas, TX 75266 | Douglas A Daws DDS<br>Joel Cardis LLC<br>2006 Swede Road Suite 100<br>Norristown, PA 19401 |
| Drinkteck LLC / Bio-Up<br>225 S Lake Avenue Suite 830<br>Pasadena, CA 91101 | FMCO Inc / F & M Plumbing<br>1493 Lincoln Avenue<br>Pasadena, CA 91103 | Foothill Cardiology<br>PO Box 80011<br>City of Industry, CA 91716 |
| Foothill Cardiology<br>Grant & Weber<br>PO Box 8669<br>Calabasas, CA 91372 | Huntington Memorial Hospital<br>Collection Consultants of Cal<br>6100 San Fernando Road Suite 211<br>Glendale, CA 91201 | Joseph J Pachorek MD<br>630 S Raymond Avenue Suite 320<br>Pasadena, CA 91105 |
| Kaiser Permanente<br>PO Box 629024<br>El Dorado Hills, CA 95762 | Kaiser Permanente<br>PO Box 31218<br>Tampa, FL 33631 | Kaiser Permanente<br>UCSB<br>PO Box 74929<br>Los Angeles, CA 90004 |
| Los Angeles County Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | Lucas Horsfall Murphy & Pindroh<br>100 East Corson Street Suite 200<br>Pasadena, CA 91103 | M Agron<br>Grant & Weber<br>PO Box 8669<br>Calabasas, CA 91372 |
| Macys / Northland<br>PO Box 390905<br>Minneapolis, MN 55493 | Manulife Financial / John Hancock<br>Commission Department<br>200 Bloor Street<br>Toronto, ON M4W-1E5 CANADA | Mr Cooper / Nationstar Mortgage LLC<br>8950 Cypress Waters Blvd<br>Dallas, TX 75019 |
| Navient Dept of Ed Loan Service<br>PO Box 9635<br>Wilkes Barre, PA 18773 | Nordstrom<br>Mercantile Adjustment Bureau<br>165 Lawrence Bell Drive Suite 100<br>Buffalo, NY 14211 | Norman A Blieden CPA<br>1201 W Huntington Drive Suite 108<br>Arcadia, CA 91007 |
| Northwestern Mutual<br>720 E Wisconsin Avenue<br>Milwaukee, WI 53202 | Primex Clinical Laboratories<br>16742 Stagg Street #120<br>Van Nuys, CA 91406 | Progressive Management Systems<br>1521 Cameron Avenue<br>West Covina, CA 91793 |
| San Marino Psychiatric Associates<br>2400 Mission Street<br>San Marino, CA 91108 | Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771 | Southern California Gas Company<br>1214 E Green Street<br>Pasadena, CA 91106 |
| State Farm Credit<br>Law Offices of Harris & Zide<br>1445 Huntington Drive Suite 300<br>South Pasadena, CA 91030 | State Farm Insurance Auto<br>PO Box 44110<br>Jacksonville, FL 32231 | T Rives Neblett<br>PO Box 63<br>401 Second Street<br>Shelby, MS 38774 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Tec-co Systems<br>18034 Ventura Boulevard Suite 210<br>Encino, CA 91316 | Thomas Delahooke<br>1806 Calle de Los Alamos<br>San Clemente, CA 92672 | Valley Diagnostic<br>Progressive Management Systems<br>1521 W Cameron Avenue<br>West Covina, CA 91793 |
| William Caswell / Nolinda Caswell<br>4263 Shepherds Lane<br>La Canada Flintridge, CA 91011 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE