**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 17-25230-VPZ** |
| | **CHAPTER 11** |
| **James Justin Rhodes,** | |
| **Debtor.** | |
| _____ / | |

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of WELLS FARGO BANK, NATIONAL

ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA MORTGAGE SECURITIES, INC.

MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-A ("Secured Creditor"), and

pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests

all notices given or required to be given and all papers required to be served in this case to

creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon

the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Sean Ferry
Sean Ferry, Esquire
Email: sferry@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 02, 2018, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has

been served via CM/ECF or United States Mail to the following parties:

KOROMPIS LAW OFFICES
PO BOX 60011
PASADENA, CA 91116

JAMES JUSTIN RHODES
1947 SAN PASQUAL STREET
PASADENA, CA 91107

OFFICE OF THE US TRUSTEE
915 WILSHIRE BLVD., STE. 1850
LOS ANGELES, CA 90017

UNITED STATES TRUSTEE (LA)
915 WILSHIRE BLVD, SUITE 1850
LOS ANGELES, CA 90017

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Sean Ferry
Sean Ferry, Esquire
Email: sferry@rasflaw.com